UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:13-cr-106-FtM-38DNF

ROBERTO AGUSTIN-MENDOZA

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance Sentencing Date (Doc. #26) filed on January 24, 2014. Counsel moves the Court for an expedited sentencing hearing. As grounds, Counsel indicates the Defendant has been incarcerated since September 30, 2013 and the case is now ready for sentencing. The Government and Probation Department do not object to the relief requested. The Court, having considered the motion, finds good cause and will grant the expedited scheduling as outlined below.

Accordingly, it is now **ORDERED:**

The Motion for Advance Sentencing Date (Doc. 26) is **GRANTED**. The Sentencing hearing currently scheduled for March 3, 2014 is cancelled and rescheduled for **February 10, 2014 at 1:30 P.M.** The Clerk is directed to issue a Notice of hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this January 28, 2014.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record